AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE   District of   PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |

HERNANDO MARIN-ECHEVERRY

Case Number:   CR. 98-065-1 (JAF)

USM Number:   16237-069

LUIS RIVERA-RODRIGUEZ, ESQ.
Defendant's Attorney

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   STATUTORY CONDITIONS   of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Statutory Condition #1 | Violation of statutory condition - new criminal conduct while on Supervise Release. See Cr. 05-166 (JAF) | 6-18-2003 |

    The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   XXXX-XX-XXXX

Defendant's Date of Birth:   -------------------------------

Defendant's Residence Address:

_____

_____

Defendant's Mailing Address:

-----------------SAME AS ABOVE----------------------

JANUARY 25, 2006
Date of Imposition of Judgment

S/ JOSE A. FUSTE
Signature of Judge

JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE
Name and Title of Judge

JANUARY 25, 2006
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page  2  of  2

DEFENDANT:       HERNANDO MARIN-ECHEVERRY
CASE NUMBER:  CR. 98-065 (JAF)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    TEN (10) MONTHS TO BE SERVED CONSECUTIVELY TO THE SENTENCE IMPOSED BY THIS COURT IN CRIMINAL CASES 05-166 AND 05-203 (JAF).

(NO ADDITIONAL TERM OF SUPERVISED RELEASE IS IMPOSED).

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL