# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 05-166 (JAF)** |
| | * | Consolidated with: |
| Plaintiff | * | **CRIMINAL NO. 05-203 (JAF)** |
| | * | |
| Vs | * | **CRIMINAL NO. 98-065 (JAF)** |
| | * | |
| **HERNANDO MARIN-ECHEVERRY** | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## *NOTICE OF APPEAL*

Notice is given that **Hernando Marín-Echeverry**, defendant above named hereby appeals to the United states Court of Appeals for the First Circuit from Judgment imposed by Honorable Judge José A. Fusté on January 25, 2006 and entered on January 31, 2006.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, today February 4, 2006.

**I HEREBY CERTIFY**: That I on this same date electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorneys Office for the District of Puerto Rico.

*S/LUIS RAFAEL RIVERA*
*LUIS RAFAEL RIVERA*
*USDC-PR 129411*
*LUIS RAFAEL RIVERA LAW OFFICE*
CAPITAL CENTER BLDG.
SUITE 401
ARTERIAL HOSTOS AVENUE
HATO REY, PUERTO RICO 00918
PHONE: (787) 763-1780
FAX:   (787) 763-2145
E-MAIL: lrriver@coqui.net