UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Record to the Court of Appeals</u>

DATE:   March 3, 2006

DC #:   98-065  (JAF)

| | | | |
|---|---|---|---|
| **APPEAL FEE PAID:** | YES ____ | NO _X_ | |
| **CASE CAPTION:** | USA   v.   Marín-Echeverry | | |
| | Defendant: Hernando Marín-Echeverry (2) | | |
| **IN FORMA PAUPERIS:** | YES ____ | NO _X_ | |
| **MOTIONS PENDING:** | YES ____ | NO _X_ | |

**NOTICE OF APPEAL FILED BY:**   Defendant

**APPEAL FROM:**   Judgment for Revocation entered on 02/03/06

**SPECIAL COMMENTS:**   Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS THE RECORD ON APPEAL:**

| DOCUMENTS: | VOLUMES: |
|---|---|
| Docket Entries 37-39 | I |

I HEREBY certify that the enclosed documents contained herein are copies or the original pleadings as described above and constitute the record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By: _____
USCCA #: _____
s/c: CM/ECF Parties, Docket Clerk, Appeals Clerk