# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
Transmittal of Supplemental Record to the Court of Appeals

DATE:   June 28, 2006

DC #:   98-065  (JAF)

USCA #:   06-1426

CASE CAPTION:   USA   v.   Marín-Echeverrey
Defendant:   Hernando Marín-Echeverrey  (1,2)

SPECIAL COMMENTS:   Copies & original documents

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

DOCUMENTS:                                                                                    VOLUMES:

**Docket Entries  26  (PSR)  &  42-44  (Transcripts)**                                  I
**[Refer to Docket Entries  29-31  (Transcripts) in 05-203  (JAF)]**

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described above and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:      _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk